UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:24-cr-147-WWB-LLL
18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a
Convicted Felon)

KYLE GARRETT PREVATT

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

On or about December 21, 2022, in the Middle District of Florida, the defendant,

KYLE GARRETT PREVATT,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Burglary – Dwelling Structure or Conveyance Armed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

2. Burglary – Unoccupied Structure Unarmed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Glock, Model 22, .40 caliber pistol with serial number EEY981US.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Possession of a Firearm by a Convicted Felon)

On or about March 14, 2023, in the Middle District of Florida, the defendant,

KYLE GARRETT PREVATT,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Burglary – Dwelling Structure or Conveyance Armed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

2. Burglary – Unoccupied Structure Unarmed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, an Aero Precision, Model EPC-9, 9mm pistol with serial number SF-037506.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT THREE
### (Possession of a Firearm by a Convicted Felon)

On or about March 28, 2023, in the Middle District of Florida, the defendant,

KYLE GARRETT PREVATT,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Burglary – Dwelling Structure or Conveyance Armed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

2. Burglary – Unoccupied Structure Unarmed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Springfield Armory, Model XDS, 9mm caliber pistol with serial number S3625081.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT FOUR
### (Possession of a Firearm by a Convicted Felon)

On or about April 10, 2023, in the Middle District of Florida, the defendant,

KYLE GARRETT PREVATT,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Burglary – Dwelling Structure or Conveyance Armed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

2. Burglary – Unoccupied Structure Unarmed, on or about June 8, 2020, in Case No. 2019CF000534, Fourth Judicial Circuit Court, Clay County, Florida;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Kel-Tec, Model RDB, 5.56mm rifle with serial number Z2C70.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.  The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3  If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
KEVIN C. FREIN
Assistant United States Attorney

By: _____
KELLY S. MILLIRON
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
7/10/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KYLE GARRETT PREVATT

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 17th day of July, 2024.

_____
Clerk

Bail  $_____

GPO 863 525